UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INMUSIC BRANDS, INC.,<br><br>       Plaintiff,<br><br>  -against-<br><br>SONY CORPORATION OF AMERICA,<br><br>       Defendant. | Case No. 1:22-cv-06602 (JLR)<br><br>**ORDER OF RECUSAL** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of defense counsel's Notice of Appearance in this action, dated October 6, 2022. ECF No. 15. Given that Defendant's representation in this case will cause a conflict of interest for the undersigned, the case will be sent for reassignment forthwith.

  The parties are no longer required to file a joint letter pursuant to the Notice of Reassignment dated September 22, 2022.

Dated: October 6, 2022
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge