**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
INMUSIC BRANDS, INC.,

                Plaintiff,

  -against-                                         22 **CIVIL** 6602 (AKH)

                                                      **<u>JUDGMENT</u>**

SONY CORPORATION OF AMERICA,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated March 13, 2023, Defendant's motion to dismiss is granted. Judgment is entered dismissing the case against Defendants; accordingly, the case is closed.

**Dated:** New York, New York

      March 13, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                            **Clerk of Court**

                                        **BY:**     _K. Mango_____

                                                             **Deputy Clerk**